UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| RENGINA L. WILLIS | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-205 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

# **O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge dated June 16, 2008. In that R&R, the Magistrate Judge recommends that the plaintiff's Motion for Summary Judgment, [Doc. 12], be granted to the extent of remanding the case to the Commissioner, and that the Commissioner's Motion for Summary Judgment, [Doc. 13], be denied. No objection to the Magistrate Judge's R&R has been filed.

After careful consideration of the record as a whole and after careful consideration of the R&R of the United States Magistrate Judge, and for the reasons set out in that R&R, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 18], that plaintiff's Motion for Summary Judgment, [Doc. 12], be **GRANTED**

1

to the extent of **REMANDING** the case to the Commissioner for further administrative consideration consistent with Magistrate Judge Inman's R&R, and that the Commissioner's Motion for Summary Judgment, [Doc. 13], be **DENIED**.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE